**FILED**
IN CLERK'S OFFICE

FEB 20 2007

U.S. DISTRICT COURT E.D.N.Y
★ BROOKLYN OFFICE ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA

    - against -

JOSEPH MERMELSTEIN,

    Defendant.

------------------------------------x

S2 05-CR-37 (SJ) (SMG)

**STIPULATION AND ORDER
OF SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that Bracewell and Giuliani LLP, 1177 Avenue of the Americas, New York, New York 10036 is substituted as counsel of record for Defendant Joseph Mermelstein in the above-captioned matter in place and in stead of Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166, and that Winston & Strawn LLP's appearance as counsel for defendant Joseph Mermelstein is withdrawn.

Dated: New York, New York
       January 17, 2007

WINSTON & STRAWN LLP

By: _____
    Thomas J. Quigley (TQ-1722)

200 Park Avenue
New York, New York 10166
(212) 294-6700

BRACEWELL AND GIULIANI LLP

By: _____ 2/8/07
    Jonathan N. Halpern (JH-4787)

1177 Avenue of the Americas
New York, New York 10036
(212) 508-6100

SO ORDERED

_____
Honorable Sterling Johnson, Jr.
United States District Judge