```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA
                                           CR-05-37(JG)
     -against-

JOSEPH MERMELSTEIN,
                Defendant.

---------------------------------X
```

# AFFIDAVIT OF SERVICE

I, <u>Shamil Kotecha</u>, hereby state under penalty of perjury that on <u>June 13, 2011</u>, I mailed a copy of the annexed order of the Honorable John Gleeson in <u>United States v. Mermelstein</u>, CR-05-37(JG), upon Joseph Mermelstein at the below address.

Joseph Mermelstein  
72373-053/Alex  
FCI Morgantown  
Box 1000  
Morgantown, NY 26507-1000

Dated:   Brooklyn, NY          Signature: _____  
         June 22, 2011                    Shamil Kotecha

CC: Joseph Mermelstein  
72373-053/Alex  
FCI Morgantown  
Box 1000  
Morgantown, NY 26507-1000